IN THE CIRCUIT COURT OF PRAIRIE COUNTY, ARKANSAS
DE VALLS BLUFF DIVISION

JENNIFER BERNER-DEFFENBAUGH                                      PLAINTIFF

v.                                CASE NO. CV-2015-024

STATE FARM FIRE &
CASUALTY COMPANY                                                 DEFENDANT

## COMPLAINT

Comes now the Plaintiff, Jennifer Berner-Deffenbaugh, by and through her attorneys, The Boswell Law Firm, and for her Complaint against the above-captioned Defendant, states:

### I. JURISDICTION, VENUE, AND PARTIES

1. Plaintiff brings this lawsuit pursuant to this Court's jurisdiction over insurance claims, and such jurisdiction is established under Article 7, § 11 of the Constitution of the State of Arkansas and granted by Arkansas Code Annotated § 16-13-201, *et seq*. Personal jurisdiction exists over the Defendant.

2. Venue is proper under Arkansas Code Annotated § 16-55-213(a)(3)(A), in that Plaintiff was at all times pertinent hereto a resident of Prairie County, Arkansas.

3. Plaintiff, Jennifer Berner-Deffenbaugh, is, and has been at all pertinent times hereto, a resident of 8610 Walton Road, De Valls Bluff, AR 72041.

4. Upon information and belief, Defendant, State Farm Fire & Casualty Company ("State Farm") is an Illinois company authorized to insure persons and properties in the State of Arkansas. Its registered agent of service is: Corporation Service Company, 300 Spring Building, Suite 900, 300 South Spring St., Little Rock, AR 72201.

**EXHIBIT A**

## II. STATEMENT OF FACTS

5. Plaintiff incorporates herein by reference the allegations contained in paragraph Nos. 1 through 4.

6. The instant action arises from a claim that was made under a policy of insurance written by State Farm Fire & Casualty Company, covering the realty and contents of a home located at 14672 Director Road, West Fork, Arkansas 72774-9464 ("the home"). The declarations page for this policy (Policy No. 04-BJ-U586-0) is attached as Exhibit "A."

7. At all times relevant herein, the home was covered by the policy of insurance issued by State Farm, Policy Number 04-BJ-U586-0 ("the policy"). The policy provided coverage for the dwelling and coverage for personal property in the dwelling. The policy further provided, among other things, coverage for the loss of contents arising from theft, vandalism, or malicious mischief.

8. In early 2014—on some unspecified date(s) between January 1, 2014, and March 24, 2014—the home was burglarized. Many thousands of dollars of personal property was taken during the course of this criminal conduct by unknown perpetrators.

9. Plaintiff was covered by the referenced policy of insurance and made a claim on the policy.

10. Copies of the personal property inventories contained in the Plaintiff's Proof of Loss are attached as Exhibit "B."

11. Plaintiff provided State Farm with numerous photographs depicting the interior of the home prior to the burglary and following the burglary. The photographs clearly and unequivocally establish that a burglary of this home occurred.

2

12. As instructed by State Farm, the Plaintiff sat for an statement under oath on November 10, 2014. She was questioned by State Farm's legal counsel for approximately three (3) hours regarding her life, her family, her previous occupations, her divorce proceedings, her children, and information regarding this loss.

13. Moreover, as instructed by State Farm, the Plaintiff executed releases that authorized State Farm to obtain records ranging from her phone records, utility records, tax records, criminal history, etc. Plaintiff, through counsel, requested copies of any records obtained by State Farm through the execution of the releases, but State Farm failed to provide copies.

14. Moreover, State Farm took an examination under oath of Marty Berner, the ex-husband of the Plaintiff, who at the time was making a claim under the policy for his own property lost in the burglary. Plaintiff's counsel was not invited to attend. Plaintiff, through counsel, requested a copy of the transcript of State Farm's examination under oath of Marty Berner. State Farm failed to provide a copy of said examination.

15. Plaintiff has, at all times, fully cooperated with State Farm in its investigation of the home invasion and subsequent theft of personal property.

16. By letter, dated May 6, 2015, State Farm denied the claim, alleging that the Plaintiff and/or her ex-husband "misrepresented material facts during the presentation of the claim," and that "the facts support intentional damages were caused to the property by an insured." The letter does not specify what material facts were purportedly misrepresented, by whom they were purportedly represented, nor does the letter specify the nature of the alleged intentional damages to the property, nor who committed the allegedly intentional damages to the property, or any other factual details. Overall, the allegations made by State Farm against its own insured in its denial letter are specious,

3

conclusory and unsupported by specific facts alleged to have been uncovered by the investigation. A true and correct copy of the denial letter is attached as Exhibit "C."

17.     By letter, dated May 13, 2013, the Plaintiff's counsel requested that State Farm provide him with the following: the transcripts of any examinations under oath, written or verbal statements, communication logs, and any other document gathered by State Farm in connection with its investigation of this claim, whether State Farm relied upon the information contained in the document or not. State Farm has refused and failed to provide any of the investigative product that purportedly served as the basis for its decision to deny this claim.

### III. COUNT I – BREACH OF CONTRACT

18.     Plaintiff incorporates herein by reference the allegations contained in paragraph Nos. 1 through 17.

19.     The policy of insurance attached hereto formed a contract by and between the parties.

20.     Pursuant to the terms of the contract, when Plaintiff suffered a loss arising from the burglary of her home and the theft of its contents, State Farm agreed to indemnify such loss and pay for damages in return for the payment of Plaintiff's premiums.

21.     By failing and refusing to cover the loss and to pay for the referenced loss, as set forth more particularly in the personal property inventories in the Exhibit "B" Proof of Loss, State Farm is in breach of the contract between the parties.

### IV. COUNT II – BAD FAITH

22.     Plaintiff incorporates herein by reference the allegations contained in paragraph Nos. 1 through 21.

23. As part and parcel of their handling of Plaintiff's claim, State Farm engaged in affirmative misconduct that was dishonest, malicious, and oppressive.

24. State Farm failed to properly investigate Plaintiff's claims, refused to pay claims despite same being adequately and properly documented, and further acted in such an oppressive manner that harmed Plaintiff that the tort of bad faith will lie.

## V. DAMAGES

25. Plaintiff incorporates herein by reference the allegations contained in paragraph Nos. 1 through 24.

26. As a direct and proximate result of Defendant's breach of contract and other actions, Plaintiff requests and demands the following damages:

  (a) Compensatory damages for the replacement cost of all of Plaintiff's personal possessions, as set forth in the Exhibit "B" personal property inventories;

  (b) Punitive damages in an amount to be determined at trial;

  (c) A twelve percent (12%) penalty, attorney's fees, and costs pursuant to Ark. Code Ann. § 23-79-208; and

  (d) Attorney's fees pursuant to Ark. Code Ann. § 16-22-308.

## VI. DEMAND FOR A JURY TRIAL

27. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 26 hereinabove.

28. Plaintiff demands a trial by jury in this matter pursuant to the Arkansas State Constitution, Article 2, section 7, and Rule 38 of the Arkansas Rules of Civil Procedure.

WHEREFORE, Plaintiff, Jennifer Berner-Deffenbaugh, prays for judgment against the

Defendant, State Farm Fire & Casualty Company, in a total amount exceeding that required to invoke federal court jurisdiction in diversity of citizenship cases, for her costs herein expended, for pre-judgment interest, for post-judgment interest, and for any and all other just and proper relief to which she may be entitled.

        Respectfully submitted,

        THE BOSWELL LAW FIRM
        Attorneys for Plaintiff

BY: _____
        John Andrew Ellis
        AR Bar #99012
        Post Office Box 798
        Bryant, AR 72089
        (501) 847-3031
        Fax (501) 847-4354

State Farm Fire and Casualty Company
*12222 State Farm Boulevard*
*Tulsa, OK 74146-5402*

**RENEWAL CERTIFICATE**

POLICY NUMBER   04-BJ-U586-0
Homeowners Policy
SEP 28 2013 to SEP 28 2014

D-22- 1175-FB5B   H  W   F
002396  0001
BERNER-DEFFENBAUGH, JENNIFER
& BERNER, MARTY
14672 DIRECTOR RD
WEST FORK AR   72774-9464

**TO BE PAID BY MORTGAGEE**

**Coverages and Limits**
**Section I**
| | | |
|---|---|---|
| A | Dwelling | $161,000 |
|   | Dwelling Extension   Up To | 16,100 |
| B | Personal Property | 120,750 |
| C | Loss of Use | Actual Loss Sustained |

**Deductibles - Section I**
Other Losses                                 1,000
Except 10% Earthquake

Location:  Same as Mailing Address

**Section II**
| | | |
|---|---|---|
| L | Personal Liability | $100,000 |
|   | Damage to Property of Others | 500 |
| M | Medical Payments to Others (Each Person) | 1,000 |

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**
| | |
|---|---|
| Homeowners Policy | FP-7955 |
| Increase Dwlg up to $32,200 | OPT  ID |
| Ordinance/Law  10%/ $16,100 | OPT  OL |
| Jewelry and Furs $1,500/$2,500 | OPT  JF |
| Homeowners Policy Endorsement | FE-3416 |
| Earthquake Excl Masonry Veneer | FE-7300.4 |
| Amendatory Endorsement | * FE-2342 |

*Effective: SEP 28 2013

| | | |
|---|---|---|
| **Annual Premium** | | $2,208.0 |
| Earthquake Premium | 31.00 | (Included |

**Premium Reductions**
Claim Record Discount                              182.0

Inflation Coverage Index:   192.2

NOTICE: Information concerning changes in your policy language is included. Please call your agent if you have any questions.

Subzone: 12

Please help us update the data used to determine your premium. Contact your agent with the year each of your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

**EXHIBIT A**

*Thanks for letting us serve you...*
10239       401B
* A1,L,L3,DR,NP,6E

**Agent** RONNIE COBLE
**Telephone** (479) 474-5266

REB

Moving? See your State Farm agent.
See reverse for important information.
Prepared AUG 15 2013

**Claim Rep Draft**

BERNER-DEFFENBAUGH, JENNIFER                                    04-434Q-894

**Contents Collaboration**

**Closet**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Coach, black coach purse with leopard interior lining | 1.00 EA | 445.00 | 43.39 | 488.39 | (146.52) | 341.87 |

Place Where Purchased / Obtained: Saks

| | | | | | | |
|---|---|---|---|---|---|---|
| 2. Bracelets, boutique rhinestone bracelets | 40.00 EA | 300.00 | 1,170.00 | 13,170.00 | | 13,170.00 |

Place Where Purchased / Obtained: Boutique Tan 360

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. Coach, Tan coach purse buckle straps 'C' print on fabric | 1.00 EA | 280.00 | 27.30 | 307.30 | (46.10) | 261.20 |

Place Where Purchased / Obtained: Saks

| | | | | | | |
|---|---|---|---|---|---|---|
| 4. Necklaces, Feather sterling silver necklace with feather pendant | 1.00 EA | 40.00 | 3.90 | 43.90 | | 43.90 |
| 5. MICHAEL Michael Kors Large Hamilton North/South Leather Tote | 1.00 EA | 358.00 | 34.91 | 392.91 | (98.43) | 294.48 |

Orig. Desc. - Michael Kors, Aqua blue saddle bag

Item found from www.dillards.com on 4/8/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| 6. Dresses, Many boutique dresses purchase at high end boutiques and stores across the country | 83.00 EA | 125.00 | 1,011.56 | 11,386.56 | (854.00) | 10,532.56 |

Place Where Purchased / Obtained: Macy's & Neiman Marcus & Saks & Belks $ Embellish & Juicy Couture
Verifiy price

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. NILES 2 SLIP ON SNEAKER | 1.00 EA | 188.00 | 18.33 | 206.33 | (137.55) | 68.78 |

Orig. Desc. - Coach, tennis shoes

Item found from www.coach.com on 4/8/2014

Place Where Purchased / Obtained: Saks

9/15/2014 9:54 AM

EXHIBIT B

Page: 3

Claim Rep Draft

BERNER-DEFFENBAUGH, JENNIFER 04-434Q-894

CONTINUED - Closet

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 8. Prada, Cavallino Calf Hair Twin-Pocket Tote Bag | 1.00 EA | 3,500.00 | 341.25 | 3,841.25 | (1,152.38) | 2,688.87 |
| Place Where Purchased / Obtained: Neiman Marcus | | | | | | |
| 9. Michael Kors, Large jewel trim Selma snake print satchel | 1.00 EA | 498.00 | 48.56 | 546.56 | (81.98) | 464.58 |
| Place Where Purchased / Obtained: Neiman Marcus | | | | | | |
| 10. Michaell Kors, Large Hamilton Pickstitched Studded Tote | 1.00 EA | 398.00 | 38.81 | 436.81 | (65.52) | 371.29 |
| Place Where Purchased / Obtained: Neiman Marcus | | | | | | |
| 11. Prada, Vitello Vintage Large Embellished Tote Bag, Black | 1.00 EA | 3,990.00 | 389.03 | 4,379.03 | (932.73) | 3,446.30 |
| Place Where Purchased / Obtained: Neiman Marcus | | | | | | |
| 12. Tory Burch, Robinson Metallic Mini Double-Zip Tote Bag, Gold | 1.00 EA | 475.00 | 46.31 | 521.31 | (91.49) | 429.82 |
| Place Where Purchased / Obtained: Neiman Marcus | | | | | | |
| 13. Betsey Johnson, Be My Honey Buns Dome Satchel | 1.00 EA | 108.00 | 10.53 | 118.53 | (22.22) | 96.31 |
| Place Where Purchased / Obtained: Betsey Johnson | | | | | | |
| 14. Betsey Johnson, New Hopeless Romantic Bucket Tote | 1.00 EA | 118.00 | 11.51 | 129.51 | (38.85) | 90.66 |
| Place Where Purchased / Obtained: Betsey Johnson | | | | | | |
| 15. Betsey Johnson, New Laser Cut Faux Leather Dress | 1.00 EA | 178.00 | 17.36 | 195.36 | (14.65) | 180.71 |
| Place Where Purchased / Obtained: Betsey Johnson | | | | | | |

Claim Rep Draft

BERNER-DEFFENBAUGH, JENNIFER						04-434Q-894

CONTINUED - Closet

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 16. Betsey Johnson, SB Charm Heels sz 6 | 1.00 EA | 149.00 | 14.53 | 163.53 | (27.14) | 136.39 |
| Place Where Purchased / Obtained: Betsey Johnson | | | | | | |
| 17. Betsey Johnson, SB Shine Heels sz 6 | 1.00 EA | 139.00 | 13.55 | 152.55 | (25.32) | 127.23 |
| Place Where Purchased / Obtained: Betsey Johnson | | | | | | |
| 18. Betsey Johnson, SB glitz sz 6 | 1.00 EA | 79.00 | 7.70 | 86.70 | (15.96) | 70.74 |
| Place Where Purchased / Obtained: Betsety Johnson | | | | | | |
| 19. Cowgirl Hats, light, charcoal grey, black straw, leopard and dark brown | 5.00 EA | 80.00 | 39.00 | 439.00 | (329.25) | 109.75 |
| Place Where Purchased / Obtained: Various Brands | | | | | | |
| 20. Betsey Johnson, Prom party mulistone stretch bracelet | 1.00 EA | 95.00 | 9.26 | 104.26 | | 104.26 |
| Place Where Purchased / Obtained: Bestsey Johnson | | | | | | |
| 21. Betsey Johnson, :Prom Party Skull Girl Stretch Bracelet | 1.00 EA | 95.00 | 9.26 | 104.26 | | 104.26 |
| Place Where Purchased / Obtained: Betsey Johnson | | | | | | |
| 22. Betsey Johnson, GIrlie Girl Skull Hinge Bracelet | 1.00 EA | 65.00 | 6.34 | 71.34 | | 71.34 |
| Place Where Purchased / Obtained: Betsey Johnson | | | | | | |
| 23. Betsey Johnson, Mint 3 row Heart Illusion Neclace | 1.00 EA | 45.00 | 4.39 | 49.39 | (39.51) | 9.88 |
| Place Where Purchased / Obtained: Betsey Johnson | | | | | | |
| 24. Betsey Johnson, Mini Stone Cluster Heart Earrings | 1.00 EA | 40.00 | 3.90 | 43.90 | | 43.90 |

Claim Rep Draft

BERNER-DEFFENBAUGH, JENNIFER                                            04-434Q-894

CONTINUED - Closet

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| Place Where Purchased / Obtained: Betsey Johnson | | | | | | |
| 25. Betsey Johnson, Girlie Grunge Multi Row Illusion | 1.00 EA | 45.00 | 4.39 | 49.39 | | 49.39 |
| Place Where Purchased / Obtained: Betsey Johnson | | | | | | |
| **Totals: Closet** | | | 3,325.07 | 37,428.07 | 4,119.60 | 33,308.47 |

Marty's closet

```
0.00  SF Walls              0.00  SF Ceiling          0.00  SF Walls & Ceiling
0.00  SF Floor              0.00  SF Short Wall       0.00  LF Floor Perimeter
0.00  SF Long Wall                                    0.00  LF Ceil. Perimeter
```

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 26. Belt - *Specify: Men's, Ladies, or Children | 1.00 EA | 35.00 | 3.41 | 38.41 | (1.44) | 36.97 |
| Place Where Purchased / Obtained: Buckle | | | | | | |
| 27. Big star jeans | 3.00 EA | 189.00 | 55.28 | 622.28 | (23.33) | 598.95 |
| Place Where Purchased / Obtained: Buckle | | | | | | |
| 28. Tyler jeans | 4.00 EA | 42.50 | 16.58 | 186.58 | (7.00) | 179.58 |
| Orig. Desc. - Tyler jeans | | | | | | |
| Place Where Purchased / Obtained: Buckle | | | | | | |
| 29. Affliction button up shirts | 5.00 EA | 17.80 | 8.68 | 97.68 | (5.50) | 92.18 |
| Place Where Purchased / Obtained: Buckle | | | | | | |
| 30. Abercrombie jeans | 2.00 EA | 160.00 | 31.20 | 351.20 | (43.90) | 307.30 |
| Place Where Purchased / Obtained: Abercrombie | | | | | | |
| 31. Muck boots | 1.00 EA | 190.00 | 18.53 | 208.53 | (41.71) | 166.82 |

Claim Rep Draft

BERNER-DEFFENBAUGH, JENNIFER 04-434Q-894

Garage tools

| | | | |
|---|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| ~~40. Husqvarna chainsaw~~ | ~~1.00 EA~~ | ~~269.00~~ | ~~26.23~~ | ~~295.23~~ | ~~(17.71)~~ | ~~277.52~~ |
| ~~41. Kobalt .62 np. Airless paint sprayer~~ | ~~1.00 EA~~ | ~~239.00~~ | ~~23.30~~ | ~~262.30~~ | ~~(15.74)~~ | ~~246.56~~ |
| ~~Place Where Purchased / Obtained: Lowes~~ | | | | | | |
| 42. Kenmore deep freeze | 1.00 EA | 589.00 | 57.43 | 646.43 | (193.93) | 452.50 |
| Place Where Purchased / Obtained: Gift | | | | | | |
| 43. Power wheels 4 wheeler fisher price | 1.00 EA | 259.00 | 25.25 | 284.25 | (56.85) | 227.40 |
| Place Where Purchased / Obtained: Gift | | | | | | |
| Totals: Garage tools | | | 132.21 | 1,488.21 | 284.23 | 1,203.98 |
| Area Totals: Contents Collaboration 2 | | | | | | |
| Total: Contents Collaboration 2 | | | 132.21 | 1,488.21 | 284.23 | 1,203.98 |
| Line Item Totals: 04-434Q-894 | | | 3,886.41 | 43,746.41 | 5,126.50 | 38,619.91 |

Grand Total Areas:

# Personal Property Inventory - Customer Worksheet

See instructions and example provided.

**Claim Number:** 04-434Q-894  **Insured's Name:** Jennifer Berner-Deffenbaugh  **Date of Loss:** 03/24/2014

**Room:** Living Room  **Phone Number:** ☐ (H) (501) 516-5510  ☐ (W) _____  ☐ (C) _____
(Please indicate the best contact number)

| 1. Item # | 2. Qty | 3. Detailed Description of Item | 4. Brand Name/Model Number and/or Specifications | 5. Age of Item | 6. Use (Normal, Light, Heavy, New, Replaced) | 7. Today's Repair Cost/ Replacement Cost/ Amount of Loss (without tax*) | 8. Documentation Attached (X) |
|---|---|---|---|---|---|---|---|
| 1 | 500 | DVD Movies | Disney + various | 6 years | Normal | $ 4,000.00 | ☐ |
| 2 | 1 | Wii | nintendo | 1 year | normal | $ 300.00 | ☐ |
| 3 | 1 | Wii games | Guitar rock band for system | 1 year | normal | $ 200.00 | ☐ |
| 4 | 1 | Wii games | misc nintendo games | 1 year | normal | $ 500.00 | ☐ |
| 5 | 1 | surround sound system | bose | 1 years | normal | $ 1,500.00 | ☐ |
| 6 | 12 | Grandmothers silver | Rogers | 40 years | light | $ 2,000.00 | ☐ |
|   |   |   |   |   |   | $ | ☐ |
|   |   |   |   |   |   | $ | ☐ |
|   |   |   |   |   |   | $ | ☐ |
|   |   |   |   |   |   | $ | ☐ |

*Sales tax will be added by your claim specialist if applicable.

Any person who knowingly presents a false or fraudulent claim for the payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

The above information is true to the best of my knowledge.

**Insured's Signature:** _[signature]_  **Date:** 1-19-14

## Personal Property Inventory - Customer Worksheet

See instructions and example provided.

Claim Number: 04-434Q-894     Insured's Name: Jennifer Berner-Deffenbaugh     Date of Loss: 03/24/2014

Room: Anna's Room     Phone Number: ☐ (H) (501) 516-5510     ☐ (W)     ☐ (C)
(Please indicate the best contact number)

| 1. Item # | 2. Qty | 3. Detailed Description of Item | 4. Brand Name/Model Number and/or Specifications | 5. Age of Item | 6. Use (Normal, Light, Heavy, New, Replaced) | 7. Today's Repair Cost/ Replacement Cost/ Amount of Loss (without tax*) | 8. Documentation Attached (X) |
|---|---|---|---|---|---|---|---|
| 1 | 1 | DVD Player | Phillips | 1 year | Normal | $ 100.00 | ☐ |
| 2 | 1 | Desk top computer | HP | 1 year | light | $ 500.00 | ☐ |
| 3 | 1 | Flat screen television | RCA | 1 year | normal | $ 300.00 | ☐ |
| 4 | 1 | Leapster gaming system | Leapster | 2 years | normal | $ 200.00 | ☐ |
| 5 | 1 | Leapster reading program | Leapster | 1 year | normal | $ 140.00 | ☐ |
|   |   |   |   |   |   | $ | ☐ |
|   |   |   |   |   |   | $ | ☐ |
|   |   |   |   |   |   | $ | ☐ |
|   |   |   |   |   |   | $ | ☐ |
|   |   |   |   |   |   | $ | ☐ |

*Sales tax will be added by your claim specialist if applicable.

Any person who knowingly presents a false or fraudulent claim for the payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

The above information is true to the best of my knowledge.

Insured's Signature: _[signature]_     Date: 11-10-14

Personal Property Inventory - Substitute Form List

See instructions and example provided.

Claim Number: 04-434Q-894  Insured's Name: Jennifer Berner-Deffenbaugh  Date of Loss: 3/24/2014

Room: Lillky's Room  Phone Number: ☐ (H) (501) 518-5510  ☐ (W) _____  ☐ (C) _____

(Please indicate the best contact number)

| Item # | 1. Qty | 2. Detailed Description of Item | 3. Brand Name/Model Number and/or Specifications | 4. Age of Item | 5. Use (Normal, Light, Heavy, New, Replaced) | 6. Today's Repair Cost/ Replacement Cost/ Amount of Loss (without tax*) | 7. Documentation Attached (X) |
|---|---|---|---|---|---|---|---|
| 1 | 1 | DVD Player | RCA | 1year | Normal | $ 100.00 | ☐ |
| 2 | 1 | Desk top computer | HP | 1 year | light | $ 500.00 | ☐ |
| 3 | 1 | Flat screen television | RCA | 1 year | normal | $ 300.00 | ☐ |
| 4 | 1 | Kindle Fire | Kindle | 1year | normal | $ 200.00 | ☐ |
| 5 | 1 | nintendo DS | Nintendo | 2 years | normal | $ 140.00 | ☐ |
| 6 | 12 | nintendo games | nintendo | 1-2 years | normal | $ 240.00 | ☐ |
| 7 | 2 | portable dvd players | sony | 1year | normal | $ 200.00 | ☐ |
|  |  |  |  |  |  | $ | ☐ |
|  |  |  |  |  |  | $ | ☐ |
|  |  |  |  |  |  | $ | ☐ |

*Sales tax will be added by your claim specialist if applicable.

Any person who knowingly presents a false or fraudulent claim for the payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

The above information is true to the best of my knowledge.

Insured's Signature: _____  Date: _____

Case 4:15-cv-00496-JLH   Document 2   Filed 08/07/15   Page 16 of 17

State Farm Fire and Casualty Company  
Home Office, Bloomington, IL

May 06, 2015

Mr. Drew Ellis  
The Boswell Law Firm  
PO Box 798  
Bryant AR 72089-0798

State Farm Claims  
P O Box 52258  
Phoenix AZ 85072-2258

RE:  Claim Number:  04-434Q-894  
     Date of Loss:   March 24, 2014  
     Our Insured:    Jennifer Berner-Deffenbaugh

Dear Mr. Ellis:

We are writing in reference to the alleged burglary and vandalism claim reported by Jennifer Berner-Deffenbaugh and Marty Berner occurring in West Fork, Arkansas on the date listed above. Based upon our investigation and all information provided, State Farm Fire and Casualty Company must deny their claim. The claim does not result from accidental direct physical loss to covered property. The damage to the personal property does not result from a peril insured. Jennifer Berner-Deffenbaugh and Marty Berner misrepresented material facts during the presentation of the claim. Additionally, the facts support Intentional damages were caused to the property by an insured. State Farm relies on the complete policy as copied in its entirety, however specifically calls your attention to the following language in your Homeowner's Policy – Form FP-7955

SECTION I - LOSSES INSURED

COVERAGE A - DWELLING  
We insure for accidental direct physical loss to the property described in Coverage A, except as provided in SECTION I - LOSSES NOT INSURED.

COVERAGE B - PERSONAL PROPERTY  
We insure for accidental direct physical loss to property described in Coverage B caused by the following perils, except as provided in SECTION I - LOSSES NOT INSURED:

9. Theft, including attempted theft and loss of property from a known location when it is probable that the property has been stolen.

b. loss caused by theft:  
(1) committed by an insured or by any other person regularly residing on the insured location.

SECTION I – CONDITIONS



EXHIBIT C

04-434Q-894
Page 2
May 06, 2015

12. Intentional Acts. If you or any person insured under this policy causes or procures a loss to property covered under this policy for the purpose of obtaining insurance benefits, then this policy is void and we will not pay you or any other insured for this loss.

### SECTION I AND SECTION II – CONDITIONS

2. Concealment or Fraud. This policy is void as to you and any other insured, if you or any other insured under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.

There is no coverage under this policy of insurance for the following reasons:

1. The loss was not caused by accidental direct physical loss.
2. The claimed damage to personal property was not caused by a peril insured.
3. You or some person insured under this policy caused or procured this loss to property covered under this policy for the purpose of obtaining insurance benefits.
4. Your intentional misrepresentation and concealment as to the material facts and circumstances surrounding the loss.

For these and other good and valid reasons, both known and unknown, State Farm Fire and Casualty Company specifically denies the claim. State Farm Fire and Casualty Company expressly reserves all rights and defenses which are available to it under the insurance contract by law and otherwise, and it does not waive any such rights or defenses which it now has or which may become known in the future. If you have any additional information relevant to this claim decision, please contact David Ponder at 253-439-5195.

Sincerely,

Rick Morgan CPCU®
Team Manager
(800) 331-1169 Ext. 2534395150
Fax: (844) 236-3646

State Farm Fire and Casualty Company