### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JENNIFER BERNER-DEFFENBAUGH                                                PLAINTIFF

v.                                    No. 4:15CV00496 JLH

STATE FARM FIRE & CASUALTY COMPANY                              DEFENDANT

### ORDER OF DISMISSAL

The joint motion to dismiss is GRANTED.  Document #16.  This action is hereby dismissed with prejudice.

IT IS SO ORDERED this of 30th August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE